# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL SARGEANT,
INDIVIDUALLY AND ON BEHALF OF
OTHERS SIMILARILY SITUATED,
               Appellant,

vs.

HENDERSON TAXI,
               Respondent.

No. 71521

**FILED**

JAN 04 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Michael Villani, District Judge
    Leon Greenberg Professional Corporation
    Holland & Hart LLP/Las Vegas
    Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

17-00254